**Affirmed and Memorandum Opinion filed October 29, 2013**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-01107-CR

---

**ROBERT JAMES TYRRELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court
Brazoria County, Texas
Trial Court Cause No. 68206**

---

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of theft and sentenced him to prison for fifteen years. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by advancing frivolous contentions which might arguably support the appeal. *See Gainous v. State*, 436

S.W.2d 137 (Tex. Crim. App. 1969); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); and *Currie v. State,* 516 S.W.2d 684 (Tex. Crim. App. 1974).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On July 12, 2013, appellant filed a pro se response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Jamison, McCally, and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).